Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-01649-LJO-SKO |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT; ORDER** |
| vs. | |
| SUKHJINDER SINGH BRAR individually and dba RAYMAN'S MINI MART, et al., | (Doc. 9) |
| Defendants. | |

It is hereby stipulated by and between Plaintiff, Jose Acosta ("Plaintiff"), through his attorney of record, and Defendants, Sukhjinder Singh Brar individually and dba Rayman's Mini Mart, and Manjit Singh ("Defendant," and together with Plaintiff, "the Parties"), who are self-represented, that the Clerk's Default against Defendants (Dkt. 7) be and is hereby set aside so that the matter may proceed on its merits, and that an answer on behalf of Defendants shall be filed within ten (10) days of the entry of the order setting aside the default.

**IT IS SO STIPULATED.**

Dated: March 1, 2018 — MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated: February 24, 2018 — */s/ Sukhjinder Singh Brar*
Sukhjinder Singh Brar individually
and dba Rayman's Mini Mart
In Pro Per

Dated: February 28, 2018 — */s/ Manjit Singh*
Manjit Singh
In Pro Per

## **ATTESTATION**

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

*/s/ Zachary M. Best*
Zachary M. Best, Attorney for
Plaintiff, Jose Acosta

**ORDER**

Pursuant to the parties' above-stipulation to set aside the default entered by the Clerk of the Court on February 7, 2018, against Defendants Sukhjinder Singh Brar individually and dba Rayman's Mini Mart, and Manjit Singh (collectively "Defendants") (Doc. 7), the Court hereby ORDERS that the Clerk's entry of default be set aside.

The Court FURTHER ORDERS, based on the parties' stipulation, that Defendants shall file a response to the complaint within 20 days of the date of this Order.

**The Scheduling Conference remains set for May 10, 2018, at 9:45 a.m. in Courtroom 7, before the undersigned. The parties shall file a Joint Scheduling Report by no later than May 3, 2018.**

IT IS SO ORDERED.

Dated: __March 2, 2018__                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET ASIDE DEFAULT; ORDER